

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2019

No. 04-19-00104-CV

**IN RE GUARDIANSHIP OF CHARLES INNESS THRASH**, an Incapacitated Person,

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2017PC2912
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

On October 31, 2019, appellees Tonya Barina and Mary C. Werner filed a motion to dismiss this appeal. Appellants Laura A. Martinez and Brittany A. Martinez opposed that relief.

After consideration of the motion and response, the motion to dismiss is DENIED.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2019.



_____
MICHAEL A. CRUZ,
Clerk of Court